IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEDDY SHAWN STOKES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-3104

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 4, 2015.

An appeal from an order of the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Teddy Shawn Stokes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Lauren L. Gonzalez, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, MAKAR, and BILBREY, JJ., CONCUR.